David P. Beitchman (SBN 198953)
dbeitchman@bzlegal.com
Andre Boniadi (SBN 266412)
aboniadi@bzlegal.com
**BEITCHMAN & ZEKIAN, P.C.**
16130 Ventura Blvd., Suite 570
Encino, California 91436
Telephone: (818) 986-9100
Facsimile: (818) 986-9119

Milord A. Keshishian (SBN 197835)
milord@milordlaw.com
**MILORD & ASSOCIATES, P.C.**
10516 West Pico Boulevard
Los Angeles, California 90064
Telephone: (310) 226-7878
Facsimile: (310) 226-7879

Attorneys for Shirley Suleminian,
SKU Jewelry Company, and
Kaylee And Rose, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN COHEN and ORIT COHEN, individuals,<br><br>        Plaintiffs,<br><br>        vs.<br><br>SHIRLEY SULEMINIAN, an individual, SKU JEWELRY COMPANY, a California Corporation; and KAYLEE AND ROSE, INC., a California Corporation<br><br>        Defendant.<br>_____<br><br>AND RELATED COUNTERCLAIMS | Case No.:  2:21-CV-08597-SSS-ASx<br><br>Hon. Sunshine S. Sykes<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:       January 6, 2023<br>Time:       2:00 p.m.<br>Location:  3470 Twelfth Street<br>              Riverside, CA 92501<br>              Courtroom 2 |

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

Defendants hereby requests, pursuant to Rule 201 of the Federal Rules of Evidence and authorities cited below, that the Court take judicial notice of the following, in conjunction with its Motion to Dismiss:

1.  Attached hereto as **EXHIBIT 1** is a printout from the U.S. Patent & Trademark Office's ("USPTO") Trademark Electronic Search System ("TESS") website for Kohan & Suleminian Enterprises, Inc.'s Trademark Registration No. 3787221 for the "SKU" trademark, which was filed by applicant David Mousiki.

2.  Attached hereto as **EXHIBIT 2** are a true and correct copy of three printouts from archive.org's capture of K&S's silverinternational.com website as it existed on May 29, 2013, October 16, 2017, and October 25, 2020, demonstrating use of the SKU trademark.

3.  Attached hereto as **EXHIBIT 3** is a true and correct copy of the Articles of Organization for SKU DIAMOND JEWELRY, LLC, dated February 27, 2018, as obtained from the California Secretary of State's ("CA SOS") website.

4.  Attached hereto as **EXHIBIT 4** is a true and correct copy of the Articles of Incorporation for SKU JEWELRY COMPANY, dated January 7, 2019, as obtained from the CA SOS's website.

5.  Attached hereto as **EXHIBIT 5** is a true and correct copy of an assignment agreement between K&S and SKU Jewelry Company dated January 10, 2019.

6.  Attached hereto as **EXHIBIT 6** is a true and correct copy of the "SKU Diamonds LLC partners resolution and separation contract and agreement" dated July 6, 2020 ("Separation Agreement").

7.  Attached hereto as **EXHIBIT 7** is a true and correct copy of the Amendment to Articles of Organization for SKU DIAMOND JEWELRY, LLC, dated July 7, 2020, as obtained from the CA SOS website.

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

8.    Attached hereto as **EXHIBIT 8** is a true and correct copy of an assignment agreement between Mousiki and SKU Jewelry Company dated August 3, 2020.

9.    Attached hereto as **EXHIBIT 9** is a printout from the USPTO's TESS website for Ronen Cohen's void Trademark Registration No. 6497453 for the "SKU JEWELRY" trademark, which was filed by applicant "cohen ronen benzion."

10.    Attached hereto as **EXHIBIT 10** is a printout from the USPTO's TESS website for Orit Cohen's void Trademark Registration No. 6600485 for the "SKU JEWELRY" trademark, which was filed by applicant "Cohen, Orit."

11.    Attached hereto as **EXHIBIT 11** is a true and correct copy of the Statement of Information for SKU DIAMOND JEWELRY, LLC, filed by Orit Cohen and dated January 24, 2022, as obtained from the CA SOS website.

## BASIS FOR REQUESTING JUDICIAL NOTICE

Federal Rule of Evidence 201 permits courts to take judicial notice of any fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *See also Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (noting that the court may take judicial notice of undisputed "matters of public record"), overruled on other grounds by 307 F.3d 1119, 1125-26 (9th Cir. 2002).

The Ninth Circuit has recognized that "matters of public record," include the "[r]ecords and reports of administrative bodies." *Reyn's Pasta Bella, LLC v. Visa USA, Inc*., 442 F.3d 741, 746 n.6 (9th Cir. 2006); *Barron v. Reich*, 13 F.3d 1370, 1377 (9th Cir. 1994). *Telebrands Corp. v. Del Laboratories, Inc*., 719 F. Supp. 2d 283 (S.D.N.Y. 2010) (a court "may properly take judicial notice of official records of the United States Patent and Trademark Office and the United States Copyright Office").

**REQUEST FOR JUDICIAL NOTICE**

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

**USPTO Public Records**

Judicial notice of the USPTO's trademark applications and (**EXHIBITs 1, 9-10**) are appropriate because the documents are referenced in the First Amended Complaint and are accessed through USPTO's Trademark Electronic Search System (TESS) located at uspto.gov.  *Autodesk, Inc. v. Dassault Sys. SolidWorks Corp.*, No. 08-04397, 2008 WL 6742224, at *2 n.1 (N.D. Cal. Dec. 18, 2008) (taking judicial notice of trademark registrations and applications publicly available on USPTO website).

**Archive.org's Wayback Machine**

Courts can take judicial notice of Archive.org's "Wayback Machine" capture of websites at specific time intervals, as presented in EXHBIT 2 capturing K&S's silverinternational.com website as it existed on May 29, 2013, October 16, 2017, and October 25, 2020.  *UL LLC v. The Space Chariot Inc. et al.*, 250 F.Supp.3d 596, 604 n.2 (C.D. Cal. 2017); *Tompkins v. 23andMe Inc.*, 2014 U.S. Dist. LEXIS 88068 at *7 n.1 (N.D. Cal. June 25, 2014) ("[T]he Court takes judicial notice of the Internet Archive (http://archive.org) version of 23andMe's website as of November 20, 2013, the full version of the website archived …."); *In re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litig.,* 2013 WL 6869410 at *4 n.65 (S.D.N.Y. Dec. 30, 2013) ("Courts have taken judicial notice of the contents of internet archives.").

**California Secretary of State Records**

The Court can take judicial notice of documents filed with the California Secretary of State, as presented in EXHIBITS 3, 4, 7, and 11.  *Lin v. Solta Med., Inc.*, No. 21-CV-05062-PJH, 2021 WL 5771140, at *7 (N.D. Cal. Dec. 6, 2021) ("The court also GRANTS judicial notice of the filings with the California Secretary of State, as they are public filings that cannot be reasonably questioned.").

-3-

**Agreements Referenced in the FAC**

The Court can take judicial notice of agreements referenced in a complaint under the incorporation by reference doctrine, here the Separation Agreement attached hereto as EXHIBIT 6 and the assignment agreements from David Mousiki and S&K attached as EXHIBITs 5 and 8. *Sams v. Yahoo! Inc.*, 713 F.3d 1175, 1179 (9th Cir. 2013) (explaining that under the doctrine of incorporation by reference, courts may "consider documents that were not physically attached to the complaint where the documents authenticity is not contested, and the plaintiff's complaint necessarily relies on them").

## CONCLUSION

For the foregoing reasons, **EXHIBITS 1-11** may be properly considered by the Court in ruling on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.

Dated:  November 22, 2022

Respectfully submitted,

MILORD & ASSOCIATES, P.C.

/s/ Milord A. Keshishian
Milord A. Keshishian
Attorneys for Defendants
Shirley Suleminian,
SKU Jewelry Company, and
Kaylee and Rose, Inc.

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

EXHIBIT 1



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Nov 22 03:17:22 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# SKU

| | |
|---|---|
| **Word Mark** | SKU |
| **Goods and Services** | (CANCELLED) IC 014. US 002 027 028 050. G & S: Jewelry. FIRST USE: 20090102. FIRST USE IN COMMERCE: 20090401 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETTER-3-OR-MORE SKU Combination of three or more letters as part of the mark |
| **Serial Number** | 77835708 |
| **Filing Date** | September 25, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 23, 2010 |
| **Registration Number** | 3787221 |
| **Registration Date** | May 11, 2010 |
| **Owner** | (REGISTRANT) **Mousiki**, David INDIVIDUAL UNITED STATES 605 S. Hill Street Los Angeles CALIFORNIA 90014 |
| **Attorney of Record** | P.J. Javaheri, Esq. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Live/Dead Indicator** | DEAD |

**Cancellation Date** December 18, 2020

---

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

---

EXHIBIT 2



| | |
|---|---|
| Document title: | Silver International: wholesale jewelry, wholesale silver, silver jewelry wholesale, sterling jewelry wholesale, wholesale rings, wholesale bracelets, wholesale sterling silver, wholesale silver rings, wholesale necklaces, wholesale earrings |
| Capture URL: | https://web.archive.org/web/20130529070950/http://www.silverinternational.com/ |
| Page loaded at (UTC): | Mon, 21 Nov 2022 20:16:44 GMT |
| Capture timestamp (UTC): | Mon, 21 Nov 2022 20:17:12 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | c34211d6-efcb-4129-807c-3363e051853a |
| User: | milord-stephanie |





Can You Chip In?

They're trying to change history—don't let them. The Wayback Machine is a crucial resource in the fight against disinformation, and we need your help. The Internet Archive (which runs this project) relies on donations averaging just $25.51 to help us keep the record straight. We'd be deeply grateful if you'd join the one in a thousand users that support us financially.

**Right now, we have a 2-to-1 Matching Gift Campaign, tripling the impact of every donation.** We understand that not everyone can donate right now, but if you can afford to contribute, we promise it will be put to good use. Access to information is more crucial than ever—if you find all these bits and bytes useful, **please pitch in.**

Choose an amount (USD)
$5 | $25.51
$100 | Custom: $
I'll generously add $0.86 to cover fees.
Make this monthly
Continue
Remind Me

INTERNET ARCHIVE WaybackMachine
http://www.silverinternational.com/ Go
252 captures
20 Feb 2001 - 7 Jul 2022
APR MAY JUL
29
2012 2013 2014
About this capture

# SILVER INTERNATIONAL

YOUR ONLINE HOME FOR STERLING SILVER JEWELRY

Hello

My Account | My Wishlist | My Cart | Checkout | Log In

HOME | JEWELRY | COLLECTIONS | NEW USER | CUSTOM ORDERS | CONTACT

Search Search entire store here... GO

NEW ITEMS

Please take a look at our newest arrivals.

MORE »

ON SALE

Visit our sale page and explore our latest discounts.

MORE »

CUSTOM SPECIAL ORDERS

We can create your designs from drawings, picture or samples.

MORE »

**Categories**
- Bangles
- Bracelets
- Charms & Pendants
- Earrings
- Men's Jewelry
- Necklaces
- Rings

**Shop by**
- New Items
- Sale Items

**My Account**
- My Account
- Wishlist
- Shopping Cart
- Checkout

QUESTIONS?
CALL US TOLL FREE
800 · 445 · 3932

SIGN UP FOR SPECIAL OFFERS

Receive special offers and gift ideas from us

Enter your email address

SUBMIT

**About Us**
- About Us
- Quality & Value
- Contact Us

**Collections**
- SKU Jewelry
- Victorian Collection
- Labradorite Collection
- Hamsa Collection
- Royalty Collection
- Spirit Collection by SKU

**Best Sellers**
- Sterling Silver Jewelry
- Gold Plated Jewelry
- Vermeil Jewelry
- Stackable Rings
- Victorian Collection
- Labradorite Collection
- Hamsa Jewelry
- Evil Eye Bracelets
- Rose Gold Jewelry

Copyright © 2013 Silver International, All rights reserved | Policy | Contact

605 South Hill Street Los Angeles, CA 90014

| | |
|---|---|
| Document title: | Silver International - Your Online Home For Wholesale Sterling Silver Jewelry |
| Capture URL: | https://web.archive.org/web/20171016004454/https://silverinternational.com/ |
| Page loaded at (UTC): | Mon, 21 Nov 2022 20:15:12 GMT |
| Capture timestamp (UTC): | Mon, 21 Nov 2022 20:15:41 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 1f1cdf17-5b09-4ff5-a191-f324e500bab1 |
| User: | milord-stephanie |



**Can You Chip In?**

They're trying to change history—don't let them. The Wayback Machine is a crucial resource in the fight against disinformation, and we need your help. The Internet Archive (which runs this project) relies on donations averaging just $25.51 to help us keep the record straight. We'd be deeply grateful if you'd join the one in a thousand users that support us financially.

**Right now, we have a 2-to-1 Matching Gift Campaign, tripling the impact of every donation.** We understand that not everyone can donate right now, but if you can afford to contribute, we promise it will be put to good use. Access to information is more crucial than ever—if you find all these bits and bytes useful, **please pitch in.**

Choose an amount (USD)

$5 | $25.51 | $100 | Custom: $

I'll generously add $0.86 to cover fees.

Make this monthly

Continue

Remind Me

INTERNET ARCHIVE WaybackMachine

https://silverinternational.com/ Go

252 captures

20 Feb 2001 - 7 Jul 2022

SEP OCT MAR

16

2016 2017 2018

About this capture

# SILVER INTERNATIONAL

YOUR ONLINE HOME FOR STERLING SILVER JEWELRY

Hello

My Account | My Wishlist | My Cart | Checkout | Log In

HOME | JEWELRY | COLLECTIONS | NEW USER | CUSTOM ORDERS | CONTACT US

Search [Search entire store here...] GO

**Categories**
- Bangles
- Bracelets
- Charms & Pendants
- Earrings
- Men's Jewelry
- Necklaces
- Rings

**Shop By**
- New Items
- Sale Items

**My Account**
- My Account
- Wishlist
- Shopping Cart
- Checkout

**About Us**
- About Us
- Quality & Value
- Contact Us
- Blog

**Collections**
- SKU Jewelry
- Victorian Collection
- Hamsa Collection
- Royalty Collection
- Spirit Collection by SKU
- Iris Bleu Collection

**Best Sellers**
- Sterling Silver Jewelry
- Gold Plated Jewelry
- Vermeil Jewelry
- Stackable Rings
- Victorian Collection
- Hamsa Jewelry
- Evil Eye Bracelets
- Rose Gold Jewelry

QUESTIONS?
CALL US TOLL FREE
800 · 445 · 3932

SIGN UP FOR SPECIAL OFFERS
Receive special offers and gift ideas from us

[Enter your email address]

SUBMIT

Copyright © 2014 Silver International, All rights reserved | Policy | Contact

605 South Hill Street Los Angeles, CA 90014



| | |
|---|---|
| Document title: | Silver International - Your Online Home For Wholesale Sterling Silver Jewelry |
| Capture URL: | https://web.archive.org/web/20201025042119/https://silverinternational.com/ |
| Page loaded at (UTC): | Mon, 21 Nov 2022 20:16:02 GMT |
| Capture timestamp (UTC): | Mon, 21 Nov 2022 20:16:26 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | d42a105f-be21-42a4-8999-d0cce5d879e1 |
| User: | milord-stephanie |

Can You Chip In?

They're trying to change history—don't let them. The Wayback Machine is a crucial resource in the fight against disinformation, and we need your help. The Internet Archive (which runs this project) relies on donations averaging just $25.51 to help us keep the record straight. We'd be deeply grateful if you'd join the one in a thousand users that support us financially.

Right now, we have a 2-to-1 Matching Gift Campaign, tripling the impact of every donation. We understand that not everyone can donate right now, but if you can afford to contribute, we promise it will be put to good use. Access to information is more crucial than ever—if you find all these bits and bytes useful, please pitch in.



https://silverinternational.com/

252 captures
26 Feb 2001 - 7 Jul 2022

# SILVER INTERNATIONAL
### YOUR ONLINE HOME FOR STERLING SILVER JEWELRY

Hello
My Account | My Wishlist | My Cart | Checkout | Log In

HOME        JEWELRY        COLLECTIONS        NEW USER        CUSTOM ORDERS        CONTACT US

Search    [Search entire store here...]    GO



**Categories**
- Bangles
- Bracelets
- Charms & Pendants
- Earrings
- Men's Jewelry
- Necklaces
- Rings

**Shop By**
- New Items
- Sale Items

**My Account**
- My Account
- Wishlist
- Shopping Cart
- Checkout

**QUESTIONS?**
CALL US TOLL FREE
800 - 445 - 3932

SIGN UP FOR SPECIAL OFFERS
Receive special offers and gift ideas from us

[Enter your email address]    SUBMIT

**About Us**
- About Us
- Quality & Value
- Contact Us
- Blog

**Collections**
- SKU Jewelry
- Victorian Collection
- Hamsa Collection
- Royalty Collection
- Spirit Collection by SKU
- Iris Bleu Collection

**Best Sellers**
- Sterling Silver Jewelry
- Gold Plated Jewelry
- Vermeil Jewelry
- Stackable Rings
- Victorian Collection
- Hamsa Jewelry
- Evil Eye Bracelets
- Rose Gold Jewelry

Copyright © 2014 Silver International. All rights reserved   |   Policy   |   Contact
605 South Hill Street Los Angeles, CA 90014

EXHIBIT 3



**Secretary of State**
**Articles of Organization**
Limited Liability Company (LLC)

**LLC-1**

**2 0 1 8 0 7 2 1 0 8 3 1**

**FILED** RA[?]D4y
Secretary of State
State of California

**FEB 27 2018**

lpc

This Space For Office Use Only

---

IMPORTANT — Read Instructions before completing this form.

**Filing Fee - $70.00**

**Copy Fees** - First plain copy free; Additional copies: First page $1.00 & .50 for each attachment page; Certification Fee - $5.00

**Important!** LLCs may have to pay an annual minimum $800 tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

---

**1. Limited Liability Company Name** (See Instructions – Must contain an LLC ending such as LLC or L.L.C. "LLC" will be added, if not included.)

SKU DIAMOND JEWELRY, LLC

---

**2. Business Addresses**

| a. Initial Street Address of Designated Office in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 140 S. Beverly Dr., Suite 200 | Beverly Hills | CA | 90212 |

| b. Initial Mailing Address of LLC, if different than Item 2a | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

---

**3. Agent for Service of Process**

**Item 3a and 3b:** If naming an **individual**, the agent must reside in California and Item 3a and 3b must be completed with the agent's name and complete California street address.

**Item 3c:** If naming a California Registered **Corporate Agent**, a current agent registration certificate must be on file with the California Secretary of State and Item 3c must be completed (leave Item 3a-3b blank).

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Orit | | Cohen | |

| b. Street Address (if agent is not a corporation) - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 140 S. Beverly Dr., Suite 200 | Beverly Hills | CA | 90212 |

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b |
|---|
| |

---

**4. Management** (Select **only** one box)

The LLC will be managed by:

☐ One Manager  ☐ More than One Manager  ☑ All LLC Member(s)

---

**5. Purpose Statement** (Do not alter Purpose Statement)

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

---

**6.** The information contained herein, including in any attachments, is true and correct.

By: Cheyenne Moseley, Assistant Secretary, LegalZoom.com, Inc.

Organizer sign here                          Print your name here

---

LLC-1 (REV 06/2016)                          2016 California Secretary of State
www.sos.ca.gov/business/be

EXHIBIT 4

4229550



## Secretary of State
## Articles of Incorporation of a
## Close Corporation

**ARTS-CL**

OP

FILED
Secretary of State
State of California

JAN 0 7 2019

ipc

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee  —  $100.00**

**Copy Fees  —  First page $1.00; each attachment page $0.50;
Certification Fee - $5.00**

*Note:* Corporations may have to pay a minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *https://www.ftb.ca.gov.*

**1.  Corporate Name**  (The name must include the word "Corporation," "Incorporated," or "Limited" or an abbreviation of one of those words.
Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

The name of the corporation is **SKU JEWELRY COMPANY**

**2.  Business Addresses** (Enter the complete business addresses. Item 2a cannot be a P.O.Box or "in care of" an individual or entity.)

| a. Initial Street Address of Corporation - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 140 S BEVERLY DRIVE, SUITE 200 | BEVERLY HILLS | CA | 90212 |
| b. Initial Mailing Address of Corporation, if different than item 2a | City (no abbreviations) | State | Zip Code |

**3.  Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 3a and 3b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| SHIRLEY | | SULEMINIAN | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 140 S BEVERLY DRIVE, SUITE 200 | BEVERLY HILLS | CA | 90212 |

**CORPORATION** -- Complete Item 3c.  Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b

**4.  Shares** (Enter the number of shares the corporation is authorized to issue.  Do not leave blank or enter zero (0).)

This corporation is authorized to issue only one class of shares of stock.

The total number of shares which this corporation is authorized to issue is _100% / 1 share_.

**5.  Number of Shareholders**  (Enter the number of shareholders the corporation is authorized to have.  The number must not exceed 35.  Do not leave blank or enter zero (0).)

This corporation is a **Close Corporation.** All of the corporation's issued shares of stock, of all classes, will be held of record by not more than ___1___ persons.

**6.  Purpose Statement** (Do not alter the Purpose Statement.)

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**7.  Read and Sign Below** (This form must be signed by each incorporator.  See Instructions.  Do not include a title.)

Signature

Shirley Suleminian
Type or Print Name

ARTS-CL (REV 04/2017)

2017 California Secretary of State
*www.sos.ca.gov/business/be*

EXHIBIT 5

## TRADEMARK ASSIGNMENT

For $1 and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Kohan and Suleminian Enterprise inc (hereinafter referred to as "Grantor"), hereby irrevocably grants, conveys, assigns and sets over to SKU company (hereinafter referred to as "Grantee"), their successors and assigns, any and all of Grantor's right, title and interest in and to the trademark "SKU", including Reg. No. 3787221, effective _____ 1/10/2019 ; (hereinafter referred to as "the Mark"), including all goodwill therein and the rights to sue for past trademark infringement, passing off or unfair competition, and design rights. This assignment includes all of the interests thereto, including without limitation, any and all rights and any renewals and extensions thereof, now in the United States or any other country or countries. This assignment is the exclusive agreement between the Parties pertaining to the Mark and contains all the covenants and agreements between the Parties with respect to the subject matter of this assignment.


Kohan and Suleminian Enterprise inc
Grantor                                          Date   1/10/2019


Grantee                                          Date   1/10/2019
SKU Jewelry company

EXHIBIT 6

# SKU Diamonds LLC partners resolution and separation contract and agreement

Shirley Suleminian and Orit Cohen are the equal partners in the company SKU DIAMONDS LLC has reached and agreed upon AS FOLLOWS:

1. Partners agree to perform inventory count on _Monday July 6th 2020..
2. Right After the inventory count, Partners agree to Split the inventory equally between them 50/50 by picking one item at a time intermittently till the entire inventory is split..(Shirley share of the inventory will be transferred to her by offsetting Danny loan to SKU DIAMONDS LLC of $ 156,000 and $ 8,945 from sku jewelry).
3. All remaining net profits after the inventory split and account payable, will be divided equally.
4. At the completion of the inventory split, Shirley will transfer her 50% share of the LLC to Orit and Orit will own 100% of the LLC.
5. Sku showroom will be shared and used till the end of the lease or till Orit moves out to a new location, by Shirley on even dates days and by Orit on odd dates days. On Orit dates the Silver room door will remain closed.
6. Orit and the company SKU DIAMONDS LLC will move out before the end of the lease.
7. Shirley and/or her new gold and diamonds business name will not use "SKU" in its name to sell, advertise or advertise on Instagram **selling gold and diamonds jewelry**.
8. .Once Orit and SKU Diamonds llc finds their new location, they will have the option to purchase the showroom furniture and fixtures for $ 10,000 paid to Shirley and if the pass on this option Shirley will have the option to do the same and if both sides pass on the option the furniture will be sold to the highest bidder and split the proceeds.
9. Upon execution of this agreement Shirley and Orit will jointly post an announcement on SKU DIAMONDS Instagram, one on the wall and one on the Story, that will say they have separated and that orit remains with SKU DIAMONDS Name and Instagram and Shirley now has new name and Instagram and they wish each other good luck with where ever they go and do. The content needs to be mutually agreed upon.

10. Once the announcement has been posted Orit will change the Instagram password to a new Password and continue with the SKU Diamond Instagram on her own.
11. Any Tax and or other liability or benefit that will arise in the future for the period till the execution date of this agreement will be the responsibility of both Orit and Shirley personally.
12. Orit and Shirley will jointly be responsible to contribute funds to SKU DIAMONDS LLC in order to bring the bank account balance to $150,000 and issue a check from SKU to pay off the 150,000 loan received from SBA.
13. Moving forward ,No restrictions between the partners on any customers and or vendors.

Orit Cohen _____     Shirley Suleminian _____

Witness: _____ 7/6/20

Jack Abramov

EXHIBIT 7



## Secretary of State
## Amendment to Articles of
## Organization of a
## Limited Liability Company (LLC)

**LLC-2**

**IMPORTANT** — *Read Instructions* before completing this form.

**Filing Fee** — **$30.00**

**Copy Fees** — First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

**Note:** You must file a Statement of Information (Form LLC-12), to change the
business address(es) of the LLC or to change the name or address of the LLC's
manager(s) and/or agent for service of process, which can be filed online at
*llcbizfile.sos.ca.gov/SI*.

**FILED**
**Secretary of State**
**State of California**

**JUL 07 2020**

*1 cc*

*Above Space For Office Use Only*

**1. LLC Exact Name** (Enter the exact name on file with the California Secretary of State.)

SKU DIAMOND JEWELRY, LLC

**2. LLC 12-Digit Entity (File) Number** (Enter the exact 12-digit Entity (File) Number issued by the California Secretary of State.)

| 2 | 0 | 1 | 8 | 0 | 7 | 2 | 1 | 0 | 8 | 3 | 1 |

**3. New LLC Name (If Amending)** (*See Instructions* – List the proposed LLC name exactly as it is to appear on the records of the California
Secretary of State. The name must contain an LLC identifier such as LLC or L.L.C. "LLC" will be added, if not
included.)

**4. Management (If Amending)** (Select **only** one box)

The LLC will be managed by:

☒ One Manager       ☐ More than One Manager       ☐ All LLC Member(s)

**5. Purpose Statement** (Do not alter Purpose Statement.)

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company
may be organized under the California Revised Uniform Limited Liability Company Act.

**6. Additional Amendment(s)** set forth on attached pages, if any, are incorporated herein by reference and made part of this
Form LLC-2. (All attachments should be 8½ x 11, one-sided, legible and clearly marked as an attachment to this form LLC-2.)

**Signature**

By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by

California law to sign.

Sign here

## ORIT LIN COHEN

Print your name here

LLC-2 (REV 08/2019)

2019 California Secretary of State
bizfile.sos.ca.gov

EXHIBIT 8

## TRADEMARK ASSIGNMENT

For $1 and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, _David Mousiki_ (hereinafter referred to as "Grantor"), hereby irrevocably grants, conveys, assigns and sets over to _SKU Jewelry Company_ (hereinafter referred to as "Grantee"), their successors and assigns, any and all of Grantor's right, title and interest in and to the trademark "SKU", including Reg. No. 3787221, effective _____ _8/3/2020_; (hereinafter referred to as "the Mark"), including all goodwill therein and the rights to sue for past trademark infringement, passing off or unfair competition, and design rights. This assignment includes all of the interests thereto, including without limitation, any and all rights and any renewals and extensions thereof, now in the United States or any other country or countries. This assignment is the exclusive agreement between the Parties pertaining to the Mark and contains all the covenants and agreements between the Parties with respect to the subject matter of this assignment.

_David Mousiki_
Grantor

_8/5/2020_
Date

_SKU Jewelry Company_
Grantee

_8/3/2020_
Date

EXHIBIT 9



**United States Patent and Trademark Office**

**Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News**

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Nov 21 04:07:21 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Sku Jewelry

| | |
|---|---|
| **Word Mark** | SKU JEWELRY |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry; Diamond jewelry; Gemstone jewelry; Gold jewelry; Silver thread jewelry. FIRST USE: 20190515. FIRST USE IN COMMERCE: 20190515 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90252939 |
| **Filing Date** | October 13, 2020 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 13, 2021 |
| **Registration Number** | 6497453 |
| **Registration Date** | September 28, 2021 |
| **Owner** | (REGISTRANT) cohen ronen benzion INDIVIDUAL UNITED STATES 248 south canon drive beverly hills CALIFORNIA 90212 |
| **Attorney of Record** | Jalissa Bauman Horne |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JEWELRY" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Case 2:21-cv-08597-SSS-AS   Document 51-1   Filed 11/22/22   Page 31 of 38   Page ID #:486

EXHIBIT 10



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Nov 21 04:07:21 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# SKU DIAMONDS

| | |
|---|---|
| **Word Mark** | SKU DIAMONDS |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Gold and diamond jewelry. FIRST USE: 20180101. FIRST USE IN COMMERCE: 20180101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90252957 |
| **Filing Date** | October 14, 2020 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 12, 2021 |
| **Registration Number** | 6600485 |
| **Registration Date** | December 28, 2021 |
| **Owner** | (REGISTRANT) Cohen, Orit INDIVIDUAL UNITED STATES 248 S. Canon dr Beverly Hills CALIFORNIA 90212 |
| **Attorney of Record** | Jalissa Bauman Horne |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DIAMONDS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 11

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

**22-A42441**

# FILED

**In the office of the Secretary of State
of the State of California**

**JAN 24, 2022**

This Space For Office Use Only

**IMPORTANT —** This form can be filed online at bizfile.sos.ca.gov.

Read instructions **before completing this form.**

**Filing Fee - $20.00**

**Copy Fees -** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the **exact** name of the LLC.  If you registered in California using an alternate name, see instructions.)

SKU DIAMOND JEWELRY, LLC

| **2. 12-Digit Secretary of State Entity Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 201807210831 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>222 N CANON DRIVE # 200 | BEVERLY HILLS | CA | 90210-5305 |
| b. Mailing Address of LLC, **if different than item 4a**<br>222 N CANON DRIVE # 200 | BEVERLY HILLS | CA | 90210-5305 |
| c. Street Address of **California** Office, if Item 4a is not in California<br>Do not list a P.O. Box<br>222 N CANON DRIVE # 200 | BEVERLY HILLS | CA | 90210-5305 |

**5. Manager(s) or Member(s)**
If no managers have been appointed or elected, provide the name and address of each member. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an additional managers/members, enter the names(s) and address(es) on Form LLC-12A.

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| ORIT | | COHEN | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 222 N CANON DRIVE # 200 | BEVERLY HILLS | CA | 90210-5305 |

LLC-12 (REV 12/2021)

**Page 1 of 3**

2021 California Secretary of State
bizfile.sos.ca.gov

**6.   Service of Process** (Must provide either Individual **OR** Corporation.)

   **INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| ORIT | | COHEN | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 222 N CANON DRIVE # 200 | BEVERLY HILLS | **CA** | 90210-5305 |

   **CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7.  Type of Business**

| Describe the type of business or services of the Limited Liability Company |
|---|
| RETAIL STORE |

**8.  Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9.  Labor Judgment**

| Does a Manager or Member have an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code? | ☐ Yes   ☑ No |
|---|---|

**10.**  By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| 01/24/2022 | ORIT COHEN | MANAGER | |
|---|---|---|---|
| Date | Type or Print Name | Title | Signature |

| | | |
|---|---|---|
| **Attachment to Statement of Information** (Limited Liability Company) | **LLC-12A Attachment** | **22-A42441** |

**A.  Limited Liability Company Name**

SKU DIAMOND JEWELRY, LLC

This Space For Office Use Only

| **B.  12-Digit Secretary of State File Number** | **C.  State or Place of Organization** (only if formed outside of California) |
|---|---|
| 201807210831 | CALIFORNIA |

**D.  List of Additional Manager(s) or Member(s) -** If the manager/member is an individual, enter the individual's name and address.  If the manager/member is an entity, enter the entity's name and address.  Note:  The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| MIKA | | COHEN | |

| Entity Name |
|---|
| |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 222 N CANON DRIVE # 200 | BEVERLY HILLS | CA | 90210-5305 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| Entity Name |
|---|
| |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| Entity Name |
|---|
| |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| Entity Name |
|---|
| |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| Entity Name |
|---|
| |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| Entity Name |
|---|
| |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| Entity Name |
|---|
| |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |