UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-08597-SSS-ASx | Date | October 20, 2023 |
| Title | *Ronen Cohen, et al. v. Shirley Suleminian* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | RS-CS-2  10-20-23 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Yana G. Henriks (No Appearance) | Milord A. Keshishian |
| | Kirstin Anna Jensvold-Rumage |

**Proceedings:** **DEFENDANTS SHIRLEY SULEMINIAN, SKU JEWELRY COMPANY, LLC, AND KAYLEE AND ROSE, INC.'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT AND REQUEST FOR SANCTIONS UNDER 28 U.S.C. § 1927 [DKT. 85]**

Counsel for Defendants state their appearances.  No appearance is made by Yana G. Henriks, counsel for Plaintiffs ("Ms. Henriks").  The Court will issue a separate Order to Show Cause regarding Ms. Henriks' failure to appear.  For the reasons stated on the record, the Court **CONTINUES** this matter to November 3, 2023, at 2:00 p.m.  The parties are **DIRECTED** to appear **IN PERSON**, in Courtroom 2, on the 2nd Floor of the George E. Brown, Jr. Federal Building and United States Courthouse at 3470 Twelfth Street, Riverside, California 92501.

**IT IS SO ORDERED.**

Time:  00:07
Initials of Preparer: iv