UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:21-cv-08597-SSS-ASx | Date | October 20, 2023 |
|---|---|---|---|
| Title | *Ronen Cohen, et al. v. Shirley Suleminian* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED ON COUNSEL FOR PLAINTIFFS FOR FAILURE TO APPEAR AT THE OCTOBER 20, 2023 MOTION HEARING & ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT HAVE TO PAY ATTORNEY FEES AND COSTS TO DEFENDANTS' COUNSEL**

On October 17, 2023, the Court issued a text entry Order, advising the parties that they were directed to appear in person for the hearing on the motion and request for sanctions, set for Friday, October 20, 2023, at 2:00 p.m. [Dkt. 88]. On October 20, 2023, at 1:32 p.m., a voicemail message was left, by a person identifying themselves as "Cameron," on the Deputy Clerk's voicemail box, advising the Court that counsel for Plaintiffs, Yana G. Henriks, was running late due to reasons beyond her control and requesting if the matter could be "pushed out" or if counsel could appear telephonically. No estimated time of arrival ("ETA") was provided in the message. Pursuant to the Court's direction, the Deputy Clerk contacted Cameron, at approximately 1:47 p.m., and requested counsel's time of arrival. The Deputy Clerk was informed that the counsel's ETA was around 3:15 p.m., but most likely 3:30 p.m. to allow time for parking and security. At approximately, 2:03 p.m., the Court took the bench and matter was

called to order.  During the proceeding, the Deputy Clerk advised the Court of an email from Cameron, which was received at 1:57 p.m., reiterating that Ms. Henriks was running late and further indicating that Ms. Henriks' ETA was 2:15 p.m., which did not account for parking and security.  In view of this and pursuant to the email, Ms. Henriks was requesting the hearing be postponed until 2:30 p.m., if possible.  [1] The Court proceeded with the hearing and the matter concluded at approximately 2:10 p.m.

Accordingly, the Court **ORDERS** Ms. Henriks to show cause why she should not be sanctioned in the amount no greater than $1000 for failure to appear at the Court-ordered motion hearing.  The Court further **ORDERS** Ms. Henriks to show cause as to why she should not be ordered to pay attorney fees and costs to Defendants' counsel for their time and travel for today's hearing.

Ms. Henriks is required to respond in writing on or before Friday, October 27, 2023.  Failure to respond, or an unsatisfactory response, may result in the imposition of sanctions against counsel and to pay the attorney fees and costs.

The Court **SETS** the Order to Show Cause Hearing for November 3, 2023, at 2:00 p.m.  Ms. Henriks is **DIRECTED** to appear **IN PERSON**, in Courtroom 2, on the 2nd Floor of the George E. Brown, Jr. Federal Building and United States Courthouse at 3470 Twelfth Street, Riverside, California 92501.

**IT IS SO ORDERED.**

---

[1] The Court notes that at approximately 3:19 p.m. Ms. Henriks entered the courtroom.  At that time, the Deputy Clerk, advised her that the matter had concluded approximately an hour prior to her arrival and that the Court's order would be available on the docket early next week.