Yana G. Henriks, Esq. (SBN 250638)
Email: yhenriks@law-mh.com
**McMURRAY HENRIKS, LLP**
811 Wilshire Blvd., Suite 1640
Los Angeles, California 90017
Telephone: (323) 931-6200
Facsimile: (323) 931-9521

Attorneys for Plaintiff and Counter-Defendants,
SKU Diamond Jewelry, LLC, Orit Cohen, and Ronen Cohen

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RONEN COHEN, an individual; ORIT COHEN, an individual; and SKU DIAMOND JEWELRY, LLC, a California limited liability company,<br><br>           Plaintiffs,<br><br>     v.<br><br>SHIRLEY SULEMINIAN, an individual; SKU JEWELRY COMPANY, a California Corporation; and KAYLEE AND ROSE, INC., a California Corporation,<br><br>           Defendants.<br><br>SHIRLEY SULEMINIAN, an individual,<br><br>           Counterclaimant,<br><br>     v.<br><br>RONEN COHEN and ORIT COHEN, individuals,<br><br>           Counter-Defendants. | Case No. 2:21-cv-08597-SSS-ASx<br><br>*Hon. Sunshine S. Sykes – Crtrm 2*<br><br>**DECLARATION OF YANA G. HENRIKS, ESQ. REGARDING ORDER TO SHOW CAUSE (ECF NO. 90)**<br><br>*Action Filed:*   November 2, 2021<br>*Trial Date:*       TBD |

1
DECLARATION OF YANA G. HENRIKS, ESQ. REGARDING ORDER TO SHOW CAUSE
(ECF NO. 90)

# DECLARATION OF YANA G. HENRIKS

I, Yana G. Henriks, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am admitted to practice law before the Federal District Courts for the Central District of California. I have personal knowledge of the following facts and if called upon to testify under oath, I would and would do so competently to the following facts.

2. I am the attorney of record for Plaintiff SKU Diamond Jewelry, LLC, in the above-entitled matter, and substituted as lead counsel from Geoffrey M. Gold of Ervin Cohen & Jessup LLP on or about August 8, 2023.

3. On October 10, 2023, I had surgery on my elbow and have been recovering more slowly than anticipated. Attached hereto as **Exhibit 1** is a true and correct copy of a letter from the surgeon who performed the procedure, Dr. Brian Kyoung Lee, M.D.

4. On October 17, 2023, when the Court issued the text entry Order advising the parties to appear in person for the October 20, 2023, hearing, I had underestimated the impact of the surgery and the recovery time and believed that I would be able to travel from Los Angeles to Riverside on that date despite my limitations.

5. Further, given the time between the notice and the hearing it did not appear likely that I could file an *ex parte* application to continue the hearing date in time for it to be ruled upon, and again, I believed that by October 20 I would in better shape to drive, though still with limitations. As such, I intended to appear in person.

6. Additionally, given the contentious nature of this case and my extensive personal knowledge of the history of multiple disputes and lawsuits between the parties to this case (including as counsel of record in multiple related state court actions), I believed that it was important that I personally attend the hearing rather than sending an associate from my office.

7. On October 20, 2023, I began driving from Los Angeles to Riverside with plenty of time to arrive at the hearing before 2:00 p.m.

8. Unfortunately, given the repetitive arm movements during this drive, my elbow began to cause me pain, and I noticed that my incisions had started bleeding.

9. Fearing that the stitches had come open and that continuing would set back my recovery, or worse, undo the benefits of the procedure such that I would need to undergo another surgery, I was forced to reroute, stop at a pharmacy, and re-dress my surgical incision.

10. At the pharmacy, I had my dressing changed and used steri-strips to hold the incision together.

11. During this time, I called my associate, Cameron Chapman-Pinto, and requested that he find contact information for the Court and provide an update on my situation, notifying the Court that I would unfortunately be late.

12. I had my dressing changed and attempted to get back on the road as quickly as possible. However, given the pain and limitations while driving, I proceeded more slowly than usual. There was a miscommunication between myself and Mr. Chapman-Pinto regarding my estimated arrival time, but nevertheless, I continued out of respect for the Court and counsel seeking to personally apologize and explain my situation, and arrived at the courtroom at approximately 3:19 p.m. However, I learned that the Court was unavailable and that I had to leave.

13. I sincerely apologize to the Court and opposing counsel for my delay and being unable to appear at the hearing on October 20, 2023. I respectfully request that the Court not impose sanctions against me or my office in light of the situation.

///
///
///
///
///

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct to the best of my personal knowledge.
3  Executed October 25, 2023, in Los Angeles, California

By: ____*/s/ Yana G. Henriks*____
Yana G. Henriks, Esq.
Attorney for Plaintiff
SKU Diamond Jewelry, LLC