# Exhibit 1

**CEDARS-SINAI**
**KERLAN-JOBE INSTITUTE**
6801 PARK TERRACE DRIVE SUITE 400
LOS ANGELES CA 90045-9212
Phone: 310-665-7200
Fax: 310-665-7281

10/25/2023

Patient:         Yana Gayane Henriks
Date of Surgery  10/10/2023

To whom it may concern:

The purpose of this letter is to confirm that Yana Gayane Henriks is under my care for an orthopaedic condition.

**Yana Henriks underwent surgery on 10/10/2023 therefore she has limited left elbow function for three weeks including limited driving ability.**

**If you have any questions please don't hesitate to contact us at 310.665.7255**

Sincerely,

Brian Kyoung Lee, MD