UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

cc: Fiscal

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-08597-SSS-ASx | Date | November 3, 2023 |
| Title | *Ronen Cohen, et al. v. Shirley Suleminian, et al.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
| Irene Vazquez | RS-CS-2  11-3-23 |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Yana G. Henriks | Milord A. Keshishian |

**Proceedings:** **HEARING RE: DEFENDANTS SHIRLEY SULEMINIAN, SKU JEWELRY COMPANY, LLC, AND KAYLEE AND ROSE, INC.'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT AND REQUEST FOR SANCTIONS UNDER 28 U.S.C. § 1927 [Dkt. 85]; ORDER TO SHOW CAUSE HEARING AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED ON COUNSEL FOR PLAINTIFFS FOR FAILURE TO APPEAR AT THE OCTOBER 20, 2023 MOTION HEARING; and ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT HAVE TO PAY ATTORNEY FEES AND COSTS TO DEFENDANTS' COUNSEL**

Counsel state their appearances.  The Court confers with counsel regarding its Tentative, which was provided to the parties prior to the proceeding, and hears oral argument.  For the reasons stated on the record, the Court **ORDERS** as follows:

1. The motion [Dkt. 85] is taken under submission.

2. The Court issues sanctions in the amount of $250 against Yana G. Henriks, counsel for Plaintiffs, for her failure to appear at the hearing on October 20, 2023.  Payment is due on or before December 4, 2023 and shall be made payable to: Clerk, U.S. District Court.

Time: 00:38
Initials of Preparer: iv

3. As to the OSC regarding attorney's fees and costs, the Court **DIRECTS** counsel for Defendants to file his fees and costs information on or before November 10, 2023.  Any response by counsel for Plaintiffs is due on or before November 15, 2023.  This matter will be deemed under submission upon receipt of the response.

**IT IS SO ORDERED.**

Time:  00:38
Initials of Preparer: iv