UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:21-cv-08597-SSS-ASx | Date | July 24, 2024 |
|---|---|---|---|
| Title | *Ronen Cohen, et al. v. Shirely Suleminian, et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY COUNTERCLAIMS SHOULD NOT BE DISMISSED**

On July 22, 2024, the Court dismissed Plaintiff SKU Diamond Jewelry, LLC's sixth amended complaint ("SAC"). [Dkt. 141]. In light of this, all that remains before the Court is Defendants' counterclaims against Ronen Cohen and Orit Cohen. [Dkt. 12]. However, as of the SAC, the only Plaintiff in this matter is the entity SKU Diamond Jewelry, LLC. [Dkt. 129 at 2 n.1]. As such, the Court hereby **ORDERS** Defendants to show cause as to why the counterclaims should not be dismissed as moot.

Defendants **SHALL** file their response to this OSC by August 2, 2024.

**IT IS SO ORDERED.**